**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>JOSE EDUARDO RODRIGUEZ VILLAFANE<br><br>XXX-XX-6354<br><br>Debtor(s) | Case No.:  16-08564-ESL<br><br>Chapter 13 |

**TRUSTEE'S OBJECTION TO CLAIM #01-1 FILED BY:
NISSAN MOTOR ACCEPTANCE CORP**

TO THE HONORABLE COURT:

    **NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. Creditor **NISSAN MOTOR ACCEPTANCE CORP** filed unsecured claim #04-1 in the amount of $17,076.42.

2. The Trustee hereby states his objection to the aforementioned Claim #01-1.

3. The Trustee objects to this claim because the name of the Debtor on this claim does not coincide with either of the names of the Debtors in this case.

    **WHEREFORE** the Trustee respectfully prays this Honorable Court that Claim #01-1 filed by Creditor **NISSAN MOTOR ACCEPTANCE CORP** be disallowed for the reasons herein set forth.

    NOTICE: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless:(1) the requested relief is forbidden by law;(2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

    **In San Juan, Puerto Rico this Wednesday, November 23, 2016**.

    */s/ Jose R Carrion*
    JOSE R CARRION
    CHAPTER 13 TRUSTEE
    PO BOX 9023884,
    OLD SAN JUAN STAT.
    SAN JUAN PR  00902-3884
    TEL (787) 977-3535
CLR     FAX (787) 977-3550

16-08564-ESL
JOSE EDUARDO RODRIGUEZ VILLAFANE

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

```
JOSE EDUARDO RODRIGUEZ VILLAFA    NISSAN MOTOR ACCEPTANCE CORP
HC 70 BOX 70137                   PO BOX 660366
SAN LORENZO, PR   00754           DALLAS, TX   75266-0366


ROBERTO ARISTIDES FIGUEROA COLO   NISSAN MOTOR ACCEPTANCE CORP
FIGUEROA & SERRANO PSC            PO BOX 660366
PO BOX 1635                       DALLAS, TX   75266-0366
GUAYNABO, PR   00970
```

In San Juan, Puerto Rico this Wednesday, November 23, 2016.

_____
Chapter 13 Clerk