IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE EDUARDO RODRIGUEZ VILLAFANE

DEBTOR

CASE NO 16-08564-ESL

CHAPTER 13

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, JOSE EDUARDO RODRIGUEZ VILLAFANE**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated December 7, 2016, herewith and attached to this motion.

2. This proposed amended Plan is filed to provide Adequate Protection Payments to secured creditor Banco Popular de Puerto Rico (POC 4-1).

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated December 7, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 7th day of December, 2016.

*/s/ Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
ATTORNEY FOR PETITIONER

FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                           Case No. **3:16-bk-8564**

**RODRIGUEZ VILLAFANE, JOSE EDUARDO**            Chapter **13**
                               Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **12/07/2016**
    ☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **380.00** x **60** = $ **22,800.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **22,800.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **22,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,758.00**

Signed: **/s/ JOSE EDUARDO RODRIGUEZ VILLAF**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
\# _____ \# _____ \# _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Banco Popular de Pt** Cr. _____ Cr. _____
\# **Claim 4-1** \# _____ \# _____
$ **14,424.00** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
\# _____ \# _____ \# _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
\# _____ \# _____ \# _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* **Debtor to provide ADEQUATE PROTECTION PAYMENTS to Banco Popular de Puerto Rico (POC 4-1) through the Trustee in the sum $144 per month until confirmation.**
* **Attorney Fee Provision: Trustee will pay Attorney's fees before any claim and after administrative expenses.**
* **Late filed claims filed by creditors will receive no distribution.**
* **Debtor reserves the right to object claims after Plan confirmation.**

Attorney for Debtor **Figueroa & Serrano, PSC** _____ Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-08564-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed Dec  7 14:17:35 AST 2016 | ORIENTAL BANK<br>CENTRALIZED COLLECTION UNIT<br>BANKRUPTCY DIVISION<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR  00936-6818 | Banco Santander Puerto Rico<br>PO Box 362589<br>San Juan, PR   00936-2589 | FIRST  BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY  DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN , PR 00908-0146 |
| Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR  00908-0146 | Francisco Javier Vizcarrondo Torres, Esq<br>PO Box 195642<br>San Juan, PR   00919-5642 | NISSAN MOTOR ACCEPTANCE CORP.<br>PO BOX 660366<br>DALLAS, TX  75266-0366 |
| ORIENTAL BANK<br>Centralized Collections Unit<br>BOX 364745,<br>SAN JUAN, P.R. 00936-4745 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | Syncb/Sams Club DC<br>PO Box 965005<br>Orlando, FL  32896-5005 |
| JOSE EDUARDO RODRIGUEZ VILLAFANE<br>HC 70 BOX 70137<br>SAN LORENZO, PR 00754-9035 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO ARISTIDES FIGUEROA-COLON<br>FIGUEROA & SERRANO, PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |